**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO.   25-CR-** |
| **v.** | : | **25-MJ-137** |
| | : | |
| **ALFREDO PANNELL** | : | **21 US.C. §§ 841(a)(1), 841(b)(1)(C)** |
| | : | **(Distribution of Cocaine)** |
| **Defendant.** | : | |

### INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about May 30, 2025, within the District of Columbia, **ALFREDO PANNELL**, knowingly and intentionally distributed a mixture and substance containing a detectable amount of Cocaine, a Schedule II controlled substance.

**(Unlawful Distribution of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)).

Respectfully Submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ James B. Nelson*
JAMES B. NELSON
D.C. Bar No. 1613700
Assistant United States Attorney
Violent Crime and Narcotics Trafficking Section
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-6986
james.nelson@usdoj.gov